1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD BOHN,

11          Plaintiff,                    CIV S-06-1051 GEB KJM PS

12       vs.

13   HUMANE SOCIETY, et al.,

14          Defendants.                   ORDER

15   _____/

16          Plaintiff is proceeding pro se.  Plaintiff has filed an in forma pauperis affidavit in

17   which he states that he receives monthly rental income of $900.00 and that he owns property

18   valued at $250,000.

19          As provided by federal statute, a filing fee of $350.00 is required to commence a

20   civil action in federal district court.  28 U.S.C. § 1914(a).  The court may authorize the

21   commencement of an action "without prepayment of fees and costs or security therefor, by a

22   person who makes affidavit that he is unable to pay such costs or give security therefor."  28

23   U.S.C. § 1915(a).  The amount of plaintiff's income and assets shows that plaintiff is able to pay

24   the filing fee and costs.  Thus, plaintiff has made an inadequate showing of indigency.  See

25   Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v.

26   Rowland, 939 F.2d 854, 858 (9th Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316 (N.D.

1

1   Cal. 1994).  Plaintiff will therefore be granted twenty days in which to submit the appropriate

2   filing fee to the Clerk of the Court.  Plaintiff is cautioned that failure to pay the fee will result in a

3   recommendation that the application to proceed in forma pauperis be denied and the instant

4   action be dismissed without prejudice.

5          In the complaint, plaintiff brings civil rights claims against an organization that

6   the complaint alleges is a private non-governmental entity.  To state a claim under section 1983,

7   a plaintiff is advised that he must allege that:  (1) defendant was acting under color of state law at

8   the time the complained of act was committed, and (2) defendant's conduct deprived plaintiff of

9   rights, privileges or immunities secured by the Constitution or laws of the United States.  42

10  U.S.C. § 1983; see West v. Atkins, 487 U.S. 42, 48 (1988).  Given plaintiff's acknowledgment of

11  the private character of defendants, it appears plaintiff's suit does not have a leg to stand on.

12  Plaintiff is further cautioned that maintenance of this suit in federal court may result in an award

13  of attorneys' fees against plaintiff under 42 U.S.C. § 1988, should the complaint ultimately be

14  found frivolous.

15          Accordingly, IT IS HEREBY ORDERED that, within twenty days from the date

16  of this order, plaintiff shall submit the appropriate filing fee.

17  DATED:  May 31, 2006.

18

19  _____
    UNITED STATES MAGISTRATE JUDGE

20

21

22

23  006
    bohn.den

24

25

26

2