IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD BOHN,

      Plaintiff,                           No. CIV S-06-1051 GEB KJM PS

   vs.

HUMANE SOCIETY, et al.,

      Defendants.                     FINDINGS & RECOMMENDATIONS

_____/

       By order filed June 1, 2006, this court directed plaintiff to submit, within twenty days, the appropriate filing fee. Twenty days have since passed, and plaintiff has not submitted the appropriate filing fee or otherwise responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110.

       These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections

/////

1

1 within the specified time may waive the right to appeal the District Court's order.  Martinez v.

2 Ylst, 951 F.2d 1153 (9th Cir. 1991).

3 DATED:  July 10, 2006.

```
                                        _____
                                        UNITED STATES MAGISTRATE JUDGE
```

9 bohn1051.pay