IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD BOHN,

       Plaintiff,                    CIV S-06-1051 GEB KJM PS

  vs.

HUMANE SOCIETY, et al.,

       Defendants.               ORDER

_____/

        Defendant Humane Society's motion to dismiss came on regularly for hearing November 29, 2006. Plaintiff appeared in propria persona. Todd McCormick appeared for the moving defendants. Laurence Angelo appeared for the County defendants. Upon review of the documents in support and opposition, upon hearing the arguments of plaintiff and counsel, and good cause appearing therefor, IT IS HEREBY ORDERED that:

        1. Plaintiff may file the letter he referenced during hearing, addressing the <u>Heck v. Humphrey</u> issue, no later than December 1, 2006. Defendants may file a response thereto no later than December 6, 2006.

        2. The matter shall thereafter stand submitted.

DATED: November 30, 2006.

                                      _____
                                      U.S. MAGISTRATE JUDGE

006
bohn.oah

1